■ MARY F. FERGUSON, Plaintiff, v MARTIN MECHANICAL CORPORATION, Appellant and Third-Party Plaintiff-Appellant, and FRANCES R. ABRAMS et al., Respondents, et al., Defendants and Second Third-Party Plaintiffs. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Third-Party Defendant-Respondent and Third Third-Party Plaintiff-Respondent, et al., Second Third-Party Defendant and Third Third-Party Defendant.— Order, Supreme Court, New York County (Leonard Cohen, J.), entered on or about June 8, 1989, unanimously affirmed, for the reasons stated by Leonard Cohen, J., without costs and without disbursements. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Rubin, JJ.